Case 6:19-cv-00016   Document 21   Filed on 08/06/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MARK CLIFF SCHWARZER,　§ | |
| 　　　　　　　　　　　　§ | |
| 　　Plaintiff,　　　　　§ | |
| VS.　　　　　　　　　　§ | CIVIL ACTION NO. 6:19-CV-16 |
| 　　　　　　　　　　　　§ | |
| LUIS HERNANDEZ, *et al*,　§ | |
| 　　　　　　　　　　　　§ | |
| 　　Defendants.　　　　§ | |

## MEMORANDUM AND RECOMMENDATION
## TO DISMISS FOR FAILURE TO SERVE

Plaintiff Mark Cliff Schwarzer, a Texas inmate proceeding *pro se* but not *in forma pauperis*, has filed this prisoner civil rights action under 42 U.S.C. § 1983. Plaintiff originally sued five employees at the Stevenson Unit: (1) Unit Captain Luis Hernandez; (2) Warden Evelyn Castro; (3) Kitchen Captain Melinda Kurtz; (4) Correctional Officer Chesley Williams; and (5) Program Supervisor M. Blalock. (D.E. 1).

On October 2, 2019, the Court dismissed Plaintiff's claims against M. Blalock and retained Plaintiff's claims against the remaining four defendants (collectively referred to hereinafter as "Defendants") for further proceedings. (D.E. 6). On February 26, 2020, the Court granted Plaintiff's motion to extend time to serve Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (D.E. 13). The Court, therefore, directed Plaintiff to serve Defendants within 90 days of February 26, 2020. (D.E. 13). Plaintiff was warned that failure to comply with the February 26 Order may result in the dismissal of this action pursuant to Rule 4(m).

To date, Plaintiff has failed to comply with the February 26 Order and effectuate service on Defendants. Accordingly, the undersigned respectfully recommends that Plaintiff's action be **DISMISSED without prejudice** based on Plaintiff's failure to comply with the February 26 Order and serve Defendants in a timely fashion pursuant to Rule 4(m).

Respectfully submitted this 6th day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).