United States District Court
Southern District of Texas
**ENTERED**
January 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **MARK CLIFF SCHWARZER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 6:19-CV-00016 |
| | § | |
| **LUIS HERNANDEZ, EVELYN CASTRO, MELINDA KURTZ and CHESLEY WILLIAMS,** | § § § § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the Court is the Motion to Reconsider the Dismissal of the Above Case filed by Plaintiff. (Dkt. No. 28). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **DENIED**.

It is SO ORDERED.

SIGNED this January 6, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**